

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Tyrone Denard Anderson, Appellant

No. 06-14-00074-CR        v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 29512). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Tyrone Denard Anderson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 28, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk